# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DARREN C. SHORE,

*Plaintiff*

v.

BERNARD WARNER, et al,

*Defendant*

)
)
)
)
)
)

Civil Action No. 4:15-CV-5002-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   IT IS ORDERED the complaint is DISMISSED without prejudice and all pending motions are DENIED as moot. Plaintiff may file a new and separate lawsuit once he has fully exhausted his administrative remedies. Plaintiff will be responsible to pay the full filing fee for such action. File closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: February 3, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/Sean F. McAvoy
*(By) Deputy Clerk*